

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The appellees' motion for withdrawal of counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court